UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DYLAN JEROME BRADFORD                                                           PLAINTIFF

V.                                   No. 4:19CV00203-JM

TIGER SNACKS,
Tiger Snacks Commissary,
Administrator/CEO                                                               DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 25th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE